# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | }    CIVIL ACTION NO. 7:23-CV-100<br>} |
| LIBERTY ENERGY, INC. d/b/a LIBERTY OILFIELD SERVICES, L.L.C., | }<br>}<br>} |
| Defendant. | }<br>} |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Liberty Oilfield Services, LLC, by and through its counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., makes the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

Defendant Liberty Oilfield Services, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 30th day of August, 2023.

                                                   OGLETREE, DEAKINS, NASH,
                                                 SMOAK & STEWART, P.C.

                                                 *s/ Michael H. Bell*
                                                 Michael H. Bell
                                                 2000 South Colorado Boulevard
                                                 Tower Three, Suite 900
                                                 Denver, CO 80222
                                                 Telephone: 303.764.6800
                                                 Facsimile: 303.831.9246
                                                 mike.bell@ogletree.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2023, I electronically filed the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which shall electronically serve a true and accurate copy of the same upon counsel for Plaintiff by email as follows:

Gwendolyn Young Reams
Gwendolyn.Reams@eeoc.gov

Christopher Lage
Christopher.Lage@eeoc.gov

Robert A. Canino
Robert.Canino@eeoc.gov

Suzanne M. Anderson
Suzanne.Anderson@eeoc.gov

Joel Clark
Joel.Clark@eeoc.gov

*s/ Laura L. Custer*
Laura L. Custer, Practice Assistant