### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | }<br>}<br>} |
| **Plaintiff,** | }<br>} CIVIL ACTION NO. **7:23-CV-00100-DC-RCG**<br>} |
| v. | }  **JOINT MOTION FOR ENTRY OF**<br>} **STIPULATED CONFIDENTIALITY AND** |
| **LIBERTY ENERGY, INC.D/B/A LIBERTY OILFIELD SERVICES, L.L.C,** | } **PROTECTIVE ORDER**<br>}<br>} |
| **Defendant.** | }<br>} |

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Liberty Energy, Inc. d/b/a Liberty Oilfield Services, L.L.C, ("Liberty") (collectively, the "Parties"), through counsel, hereby move this Court pursuant to Federal Rule of Civil Procedure 26(c) for entry of the attached Stipulated Confidentiality and Protective Order and, as grounds, state as follows:

### DISCUSSION

1. In this action, the Parties have sought to discover confidential information from each other that implicates common law or statutory privacy interests belonging to the Parties and Liberty's current or former employees.

2. To permit the Parties to discover information relevant to this case, the Parties have agreed to a Stipulated Confidentiality and Protective Order, attached hereto, establishing the procedures to be followed whenever confidential information or documents are sought and produced.

3. Accordingly, the Parties respectfully move this Court for entry of the attached Stipulated Confidentiality and Protective Order.

Respectfully submitted this 4th day of March, 2024.

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/<br>Joel Clark<br>Senior Trial Attorney<br>Dallas District Office<br>207 South Houston Street, 3rd Floor<br>Dallas, TX  75202<br>Telephone:  972-918-3605<br>Facsimile: 214-253-2749<br>joel.clark@eeoc.gov<br><br>*Attorney for Plaintiff* | Michael H. Bell<br>2000 S. Colorado Blvd.<br>Tower 3, Suite 900<br>Denver, CO  80222<br>Telephone: 303-764-6800<br>Facsimile:  303-831-9246<br>mike.bell@ogletree.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert S. Canino
Robert.Canino@eeoc.gov

Suzanne M. Anderson
Suzanne.Anderson@eeoc.gov

Joel Clark
joel.clark@eeoc.gov

          *s/ Steffie Cheng*
          Steffie Cheng, Practice Assistant