# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | }<br>}<br>} |
| Plaintiff, | } CIVIL ACTION NO.<br>}<br>} |
| v. | } 7:23-cv-00100-DC-RCG<br>}<br>}<br>} |
| LIBERTY ENERGY, INC. d/b/a LIBERTY OILFIELD SERVICES, L.L.C., | }<br>}<br>}<br>} |
| Defendants. | }<br>} |

## JOINT MOTION TO ENTER CONSENT DECREE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, United States Equal Employment Opportunity Commission ("EEOC"), and Defendant, Liberty Energy, Inc. ("Defendant") and file this, their Joint Motion to Enter Consent Decree in the above-captioned civil matter. In support of this Motion, the parties respectfully show the Court as follows:

EEOC and Defendant have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A").

WHEREFORE, PREMISES CONSIDERED, EEOC and Defendant respectfully request that this Court enter the Consent Decree attached to this Motion, and to retain jurisdiction of this matter to enforce the terms and conditions of the attached Consent Decree.

Respectfully submitted,

On this 23rd day of April, 2024.

| *Attorneys for Plaintiff* | *Attorney for Defendant* |
|---|---|
| | /s/ *Michael H. Bell* |
| ROBERT A. CANINO | MICHAEL H. BELL |
| Regional Attorney | Ogletree, Deakins, Nash, Smoak & |
| Oklahoma State Bar No. 011782 | Stewart, P.C. |
| | Texas State Bar No. 24040504 |
| SUZANNE M. ANDERSON | |
| Assistant Regional Attorney | |
| Texas State Bar No. 14009470 | |
| | |
| /s/ *Joel Clark* | |
| JOEL CLARK | |
| Senior Trial Attorney | |
| Texas State Bar No. 24050425 | |
| | |
| Equal Employment Opportunity Commission | |
| Dallas District Office | |
| 207 Houston, 3rd Floor | |
| Dallas, Texas 75202 | |
| (TEL) (972) 918-3609 | |